# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2600 Eagan Woods Drive
Suite 400
St. Paul, Minnesota 55121

A true and correct copy of the forgoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFORENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

1. **COMPLAINT TO AVOID AND RECOVER TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 549, AND 550 AND TO DISALLOW CLAIMS PURSUANT TO 11 U.S.C. § 502;**
2. **ORDER ESTABLISHING PROCEDURES FOR THE ISSUANCE OF SCHEDULING ORDERS AND ORDERS REGARDING COURTROOM PROCEDURES IN CONNECTION WITH AVOIDANCE ACTIONS;**
3. **SCHEDULING ORDER;**
4. **REVISED EARLY MEETING OF COUNSEL, JOINT STATUS CONFERENCE INSTRUCTIONS; and**
5. **ORDER RE: COURTROOM PROCEDURES**

Will be served or was served **(a)** on the judge in cambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses state below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On September 4, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judgment <u>will be completed</u> no later than 24 hours after the document is filed.

X Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILIE TRANSMISSION OR EMAIL** (state method for each person or entity); Pursuant to F.R.Div.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judgment <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

| September 4, 2020 | Jenifer Hepola | /s/ *Jennifer Hepola* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for the use in the United States Bankruptcy Court for the Central District of California.

December 2016

F 7004.1.SUMMONS.ADV.PROC

<u>Registered Agent for Defendant</u> [via Regular Mail]
C T Corporation System
208 South LaSalle Street, Suite 814
Chicago, Illinois 60604

<u>Defendant</u> [via Regular Mail]
Miles D. White, President
Abbott Laboratories dba Abbott Vascular fdba St. Jude Medical, Inc.
100 Abbott Park Road,
Abbott Park, Illinois  60064

Honorable Ernest M. Robles
U.S. Bankruptcy Court
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012